**MICHAEL M LIN, ESQ.**
Nevada Bar No. 010392
**LIN LAW GROUP**
5288 Spring Mtn. Rd, Ste 103
Las Vegas, Nevada 89146
(702) 871 9888
linlawgroup@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CJCLive, LLC.,<br><br>      Plaintiff,<br>vs.<br><br>REGINAL BRAZIEL, an individual residing in Clark County, NV; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>      Defendants. | CASE NO.<br><br>**CERTIFICATE AS TO INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff CJCLive, LLC.., hereby certify that the following have an interest in this case:

There are no known interested parties other than those participating in this case.

These representations are made to enable Judges of the Court to evaluate possible disqualification or recusal.


DATED: September 11, 2019

                                            /s/ *Michael M. Lin*____
                                            Michael M. Lin, Esq.
                                            Lin Law Group
                                            5288 Spring Mountain Road Ste 103
                                            Las Vegas, NV 89146
                                            Ph: 702-871-9888
                                            Fax: 702-648-0888
                                            E-mail: linlawgroup@gmail.com

*LIN LAW GROUP*
*5288 Spring Mtn Rd., Ste 103*
*Las Vegas, NV 89146*
*(702) 871-9888  FAX: (702) 648-0888*