**ORD**
**MICHAEL M LIN, ESQ.**
Nevada Bar No. 010392
**LIN LAW GROUP**
5288 Spring Mtn. Rd, Ste 103
Las Vegas, Nevada 89146
(702) 871 9888
linlawgroup@gmail.com
Attorneys for Plaintiff

# FEDERAL DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CJCLive,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REGINAL BRAZIEL, an individual; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:19-cv-01593-KJD-BNW |

## **ORDER SHORTENING TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

IT IS HEREBY ADJUDGED that good cause exists to grant an order shortening time on the hearing for preliminary injunction.

IT IS HEREBY ADJUDGED that the hearing for a preliminary injunction will be held on the 6th day of November 20 19 at 9:30 a m.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATE: 11/4/2019

1