# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CJCLive, LLC., | Case No. 2:19-cv-01593-KJD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Reginal Braziel, | |
| Defendant. | |

On April 9, 2021, this Court issued a report and recommend that Plaintiff's claims be dismissed. ECF No. 44. The Court simultaneously ordered Defendant Reginal Braziel to file a notice informing the Court whether he intends to prosecute his counterclaims in this matter. *Id.* at 4. His deadline for doing so was April 30, 2021. *Id.* Defendant has not complied with this order.

Accordingly, IT IS ORDERED that Defendant Reginal Braziel must file a notice informing the Court whether he intends to prosecute his counterclaims in this matter by May 14, 2021. Failure to comply with this order may result in a recommendation to the district judge that Defendant Reginal Braziel's counterclaims be dismissed.

DATED: May 7, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE