**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CJCLive, LLC., | Case No. 2:19-cv-01593-KJD-BNW |
| Plaintiff, | |
| v. | **Report & Recommendation** |
| Reginal Braziel, | |
| Defendant. | |

On April 9, 2021, the Court issued a recommendation to the district judge that plaintiff's claims be dismissed based on its failure to follow this Court's orders. ECF No. 44.  The Court simultaneously ordered defendant Reginal Braziel to file a notice by April 30, 2021, informing the Court whether he intends to prosecute his counterclaims in this matter. *Id.* at 4.  Braziel missed that deadline.

One week after Braziel's deadline lapsed, the Court again ordered Braziel to file the aforementioned notice, this time by May 14, 2021. ECF No. 45.  The Court warned Braziel that "[f]ailure to comply with [the May 14 deadline] may result in a recommendation to the district judge that [his] counterclaims be dismissed." *Id.*  Braziel missed the May 14 deadline, too, and he has not taken any other action in the case since the Court's April 9, 2021 order.  Thus, it appears that Braziel has abandoned this case.

IT IS THEREFORE RECOMMENDED that defendant Reginal Braziel's counterclaims against CJCLive be DISMISSED.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: May 21, 2021.

_____
Brenda Weksler
United States Magistrate Judge