UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CJCLive, LLC, | Case No. 2:19-cv-01593-KJD-BNW |
| Plaintiff, | **ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS** |
| v. | |
| REGINAL BRAZIEL, *et al.*, | |
| Defendants. | |

Before the Court for consideration are the Report and Recommendations (ECF #44/46) containing the findings and recommendations of Magistrate Judge Brenda Weksler entered April 9, 2021 and May 21, 2021, recommending that Plaintiff's action and Defendant's counterclaims be dismissed. Neither party objected. The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendations containing the findings and recommendations of Magistrate Judge Weksler, entered April 9, 2021 and May 21, 2021, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendations (ECF #44/46) are **ADOPTED** and **AFFIRMED** and Plaintiff's claims and Defendant's counterclaims are **DISMISSED**.

Dated this 5th day of October, 2021.

_____
Kent J. Dawson
United States District Judge